HAVERHILL ROLLER TOBOGGAN CO. *v.* AUTOMATIC ROLLER TOBOGGAN Co. *et al.*

*(Circuit Court, D. Massachusetts.   August 6, 1891.)*

PATENTS FOR INVENTIONS—TOBOGGAN SLIDE.

The first claim of the Floyd patent, No. 367,286, for a spiral toboggan slide, terminating immediately below the starting point, is void for want of novelty.

In Equity.
*W. A. Macleod,* for complainant.
*W. K. Richardson,* for defendants.

NELSON, J.   The first claim of the Floyd patent, No. 367,286, for a sliding hill constructed in spiral form, and terminating at a point immediately below the starting point, involves no element of novelty or invention, and is therefore invalid for want of patentability.   A decree is to be entered dismissing the plaintiff's bill, with costs.   Ordered accordingly.